IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02589-JLK

JANET TORMA-KRAJEWSKI,

Plaintiff,

v.

COLORADO SCHOOL OF MINES,
RAMONA M. GRAVES,
PRISCILLA NELSON,
JURGEN BRUNE, and
TERRY PARKER,

Defendants.

## ORDER ON MOTION TO STRIKE

**Kane, J.**

1. Plaintiff's Motion to Strike (Doc. 12) is **DENIED** because there is no indication that Plaintiff complied with D.C. Colo. L.R. 7.1(a).

2. Each Defendant shall file on or before March 25, 2016 an answer or other response to the amended complaint separate and apart from any other defendant.

3. The parties are hereby notified that this case has not been referred to a magistrate judge for any purpose and will be referred for purposes of settlement or early case evaluation only upon a specific order of reference by the Court.

4. The time for filing a proposed scheduling order shall commence to run on March 26, 2016.

Dated:  March 4, 2016         *s/ John L. Kane*
                              Senior U.S. District Judge